UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| KEVIN TURNER, | : | |
| --- | --- | --- |
| Petitioner, | : | CIVIL ACTION NO. 3:15-0609 |
| v. | : | (MANNION, D.J.) (SCHWAB, M.J.) |
| RUSSELL PERDUE, | : | |
| Respondent. | : | |

## ORDER

For reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the May 3, 2017 report and recommendation of Chief Magistrate Judge Susan E. Schwab, (Doc. 17), is **ADOPTED IN ITS ENTIRETY** and the petitioner's habeas petition, (Doc. 1), is **DENIED**.

**IT IS FURTHER ORDERED THAT** the petitioner's motion for a ruling on his habeas petition, (Doc. 15), is **DISMISSED** as moot. The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 13, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0609-01-Order.wpd